AUSA: Andrew I. Lief

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**26 MAG 2794**

UNITED STATES OF AMERICA

v.

JONATHAN STRAHS,

Defendant.

**SEALED COMPLAINT**

Violation of 18 U.S.C. § 844(i)

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

Marcus Guest, being duly sworn, deposes and says that he is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and charges as follows:

**COUNT ONE**
**(Arson)**

1. On or about June 14, 2026, in the Southern District of New York and elsewhere, JONATHAN STRAHS, the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a building, vehicle, and other real and personal property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit, STRAHS ignited a fire that damaged a school bus used in interstate commerce and owned and operated by a corporation acting in interstate commerce, in Manhattan, New York.

(Title 18, United States Code, Section 844(i).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the ATF and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in this investigation, my conversations with other law enforcement officers, and my examination of reports, records, and video surveillance. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**STRAHS Ignites the Fire on the Bus**

3. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of reports, records, and video surveillance, I have learned, among other things, the following:

a. On or about June 14, 2026, at approximately 2:21 a.m., an individual captured on surveillance video wearing a white shirt; dark, rolled-up pants; black boots; and a black crossbody bag ( "Individual-1")—and later identified as JONATHAN STRAHS, the defendant (*see infra* ¶ 5)—entered a restaurant and bar located at 321 West 44th Street in Manhattan, New York ("Restaurant-1"). At approximately 2:31 a.m., the Individual left Restaurant-1. Image-1 below shows Individual-1 leaving Restaurant-1 outside West 44th Street:



**Image-1**

b. After leaving Restaurant-1, Individual-1 walked south on 9th Avenue toward 42nd Street, where he approached a yellow school bus (the "Bus") holding what appeared to be a recording device, as shown in Image-2 below and circled in red. The Bus was parked on 42nd Street, between 8th and 9th Avenues, with at least one other bus behind it. As explained below, *infra* ¶ 3(e), the Bus had been transporting people between New York and New Jersey in connection with a FIFA World Cup match held earlier that evening (on or about June 13, 2026) in East Rutherford, New Jersey.



**Image-2**

c. At approximately 2:43 a.m., Individual-1 approached the Bus and climbed inside through an open emergency exit door. Before entering the Bus, Individual-1 appeared to reach inside the exit door to gather debris or other materials inside. Image-3 below shows Individual-1 (circled in black) reaching inside the Bus before he entered it:



**Image-3**

d. Individual-1 was inside the Bus for approximately 36 seconds. At approximately 2:44 a.m., Individual-1, while still inside the Bus, made a downward movement toward the floor. Seconds later, an orange flame erupted by one of the Bus's seats, visible through the open door (the "Fire"). Almost immediately afterward, Individual-1 jumped out of the Bus through the emergency exit door. Image-4 below shows Individual-1 (circled in red) standing outside the Bus and appearing to film the Fire (circled in black) seconds after igniting it.



**Image-4**

e. The Fire grew until it engulfed the entire Bus approximately five minutes later. Members of the New York City Fire Department responded to the scene to put out the Fire, though the Bus was ultimately destroyed. The Bus destroyed in the fire is owned and operated by a company that provides transportation services throughout the United States ("Company-1"). As noted above, and based on an interview with an employee of Company-1, I learned that, at the time of the Fire, Company-1 was using the Bus to provide a shuttle service between New York and New Jersey during the FIFA World Cup 2026.

f. At the time of the Fire, a large crowd of hundreds of people was gathered in the area to celebrate the New York Knicks winning the NBA Finals earlier that evening.

4. Based on my review of surveillance video, I know, among other things, that after starting the Fire on the Bus, Individual-1, wearing the same clothing shown in Image-1, Image-2, Image-3, and Image-4 above, traveled to a particular residential building on Menahan Street in Brooklyn, New York (the "Building"):

a. At approximately 3:34 a.m., Individual-1 entered—and then left—the 42nd Street/Bryant Park subway station between 6th Avenue and Broadway.

b. At approximately 3:59 a.m., Individual-1 walked south on 6th Avenue to 23rd Street, then west on 23rd Street to 7th Avenue, where he entered the 23rd Street subway station.

c. At approximately 4:32 a.m., Individual-1 walked out of the Myrtle-Wyckoff Avenues subway station in Brooklyn, New York.

d. At approximately 4:44 a.m., Individual-1 walked west on Myrtle Avenue toward Menahan Street, where he entered the Building. Image-5 shows Individual-1 (circled in red) walking toward the Building. As discussed, *infra* ¶ 5, law enforcement officers later determined that JONATHAN STRAHS, the defendant, resides in an apartment in the Building.



**Image-5**

**<u>Identification of JONATHAN STRAHS</u>**

5. Based on my personal involvement in this investigation, my conversations with other law enforcement officers, and my review of law enforcement reports and other records, I have learned, among other things, that:

a. Law enforcement officers obtained from Restaurant-1—*i.e.*, the establishment that Individual-1 entered before starting the Fire—surveillance video showing all persons who entered Restaurant-1 during the relevant period (*i.e.*, the early morning hours on or about June 14, 2026), along with the time each person entered and a scanned copy of their photo identifications.

b. Law enforcement officers obtained from Restaurant-1 a report showing the photo identification scanned at the time Individual-1, as seen on the surveillance video, entered the establishment.[1]

c. Based on that analysis, the officers determined that, when Individual-1 entered Restaurant-1 at approximately 2:21 a.m., he presented a New York State driver's license with, among other things, identified himself as JONATHAN STRAHS, the defendant, with an address at a particular apartment inside the Building.

[1] The officers determined that the timestamp on the Restaurant-1 scanner was approximately three hours and fifty-one minutes behind the correct time and that the video surveillance footage shown in Image-1 was approximately one hour and eight minutes ahead of the correct time.

d. Image-6 is a copy of the photograph of STRAHS from his driver's license (as obtained from the New York Department of Motor Vehicles). Based on my comparison of Image-6 with the images of Individual-1 in Image-1 (reproduced below), Image-2, Image-3, and Image-4 above, I believe that Individual-1 is STRAHS, and that STRAHS ignited the Fire described above that destroyed the Bus.



**Image-6**



**Image-1**

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JONATHAN STRAHS, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Marcus Guest (by VF with permission)
_______________________________
Marcus Guest
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 14 day of July, 2026.

_______________________________
THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK