UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JONATHAN STRAHS,

Defendant.

**INFORMATION**

26 Cr. 445

**COUNT ONE**
**(Destruction of a Motor Vehicle Used in Interstate Commerce)**

The United States Attorney charges:

1. On or about June 14, 2026, in the Southern District of New York and elsewhere, JONATHAN STRAHS, the defendant, did willfully, with intent to endanger the safety of any person on board and of someone whom he believed would be on board, and with a reckless disregard for the safety of human life, damage, disable, destroy, tamper with, and place and cause to be placed an explosive and a destructive substance, to wit, combustible materials, in, upon, and in proximity to, a yellow school bus that was used, operated, and employed in interstate and foreign commerce, and its cargo and material used and intended to be used in connection with its operation.

(Title 18, United States Code, Section 33(a).)

JAMES M. MCDONALD
United States Attorney